UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALONZO SPENCER OWENS,

                Plaintiff,

        -against-

LORETTA A. PRESKA,

                Defendant.

21-CV-5210

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

J. PAUL OETKEN, District Judge:

    On November 5, 2007, Plaintiff was barred from filing any new action without first obtaining leave to file from the Court. *See Owens v. Seybert, et al.*, No. 07-CV-9787 (KMW) (S.D.N.Y. Nov. 5, 2007). Plaintiff now claims that Defendant Loretta A. Preska, a federal judge, violated his constitutional rights by enforcing the bar with respect to a complaint Plaintiff filed on June 5, 2015. Like Plaintiff's earlier claims, the claims here are frivolous. The Court denies Plaintiff's request for leave to file.

    Additionally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith. It follows that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, to note service on the docket, and to close this case.

SO ORDERED.

Dated:  June 21, 2021
            New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge